■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN JOHNSON, Appellant. [828 NYS2d 917]—Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Dickerson, J.), rendered September 22, 2004, convicting him of criminal possession of a weapon in the third degree (three counts), and criminal possession of a controlled substance in the seventh degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends that the People failed to prove his guilt of criminal possession of a weapon beyond a reasonable doubt. The defendant's challenge to the legal sufficiency of the evidence is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10, 19-21 [1995]; *People v Leon,* 19 AD3d 509 [2005], *affd* 7 NY3d 109 [2006]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt of criminal possession of a weapon beyond a reasonable doubt.

Resolution of issues of credibility is primarily a matter to be determined by the jury which saw and heard the witnesses, and its determination should be accorded great deference on appeal (*see People v Romero,* 7 NY3d 633, 644-645 [2006]; *People v Mateo,* 2 NY3d 383, 410 [2004], *cert denied* 542 US 946 [2004]). Upon the exercise of our factual review power (*see* CPL 470.15 [5]), we are satisfied that the verdict of guilt is not against the weight of the evidence (*see People v Romero, supra*). Miller, J.P., Spolzino, Florio and Angiolillo, JJ., concur.